IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FERNANDO CHIM,
JOSE MARTINEZ,
MARIA RODRIGUEZ,
KALEB GUZMAN,

        Plaintiffs,

        v.

COLT JAMISON HANSEN, an individual,
WEST COAST GROWERS, LLC,
TOPSHELF HEMP, LLC,
FIRE HEMP, LLC,
LOGAN PIERCE BUTLER, an individual,
and PIERCE FARM LABOR, LLC,

        Defendants.

Case No. 1:21-cv-01285-CL

ORDER

_____

MCSHANE, Judge:

        Magistrate Judge Mark D. Clarke filed an Amended Findings and Recommendation (ECF

No. 41),[1] and the matter is now before this Court on *de novo* review. *See* 28 U.S.C. §

636(b)(1)(B); Fed. R. Civ. P. 72(b); *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir.

1998). I find no error and conclude the report is correct.

_____

[1] The Court declines to adopt the Findings and Recommendation (ECF No. 38) in light of the Amended Findings and Recommendation (ECF No. 41), which clarifies that Defendants Logan Pierce Butler and Pierce Farm Labor, LLC are excluded from Plaintiffs' Motion for Terminating Sanctions (ECF No. 30) and therefore not subject to this Order.

Magistrate Judge Clarke's Amended Findings and Recommendation (ECF No. 41) is adopted in full. Plaintiffs' Motion for Terminating Sanctions (ECF No. 30) against Defendants Westcoast Growers, LLC, Topshelf Hemp, LLC, Fire Hemp, LLC, and Colt Jamison Hansen is GRANTED.

IT IS SO ORDERED.

DATED this 13th day of October, 2022.

/s/ Michael J. McShane
Michael McShane
United States District Judge

2 – ORDER