IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FERNANDO CHIM,**<br>**JOSE MARTINEZ,**<br>**MARIA RODRIGUEZ, and**<br>**KALEB GUZMAN,**<br><br>       Plaintiffs,<br><br>       v.<br><br>**COLT JAMISON HANSEN, an individual,**<br>**WESTCOAST GROWERS, LLC.,**<br>**TOPSHELF HEMP, LLC., FIRE HEMP, LLC.,**<br>**LOGAN PIERCE BUTLER, an individual, and**<br>**PIERCE FARM LABOR, LLC.,**<br><br>       Defendants.<br>_____ | Case No. 1:21-cv-01285-CL<br><br>ORDER |

MCSHANE, District Judge:

On October 13, 2022, the Court granted Default Judgment in this case against Defendants Colt Jamison Hansen, Westcoast Growers, LLC, Topshelf Hemp, LLC, and Fire Hemp LLC (collectively, the "Hansen Defendants"). Order Adopting Amended F&R, ECF No. 51. On December 6, 2022, the parties filed a Stipulated Notice of Dismissal of Defendants Logan Butler and Pierce Farm Labor, LLC. Notice, ECF No. 54. Magistrate Judge Clarke instructed Plaintiffs to file a memorandum of damages for the Court to consider before awarding damages and entering judgment. The Court has reviewed Plaintiff's Memorandum (ECF No. 43) and finds that the statutory damages are capable of mathematical calculation. The claims are for violations of the Migrant and Seasonal Agricultural Workers Protection Act (AWPA); the Oregon wage payment statute, ORS 652.150; ORS 658.805(4); and the Oregon Contractor Registration Act

(OCRA), ORS 658.453(4). No hearing is necessary on the AWPA claims—Plaintiffs should receive the maximum amount of statutory damages for each AWPA violation ($500 per Plaintiff per violation) in order to effectuate the Act's remedial purposes. Default has been entered on these claims, and by their defaults, the Hansen Defendants have admitted all well-pleaded factual allegations. Notice was given that this accounting would take place, and no objection or response has been filed.

After review of Plaintiffs' filings and the record, the Court awards Plaintiffs their entire requested relief, as proposed in the Memorandum, their court costs, and their attorney fees. This amounts to a total damages award of $80,000, as broken down per Plaintiff below, plus court costs of $402, and attorney fees of $11,491.80. Judgment will be entered accordingly.

1. Plaintiff Jose Martinez is awarded damages in the amount of $21,440;
2. Plaintiff Maria Rodriguez is awarded damages in the amount of $21,440;
3. Plaintiff Fernando Chim is awarded damages in the amount of $20,560;
4. Plaintiff Kaleb Guzman is awarded damages in the amount of $16,560.

**IT IS SO ORDERED.**

   DATED this 30th day of December, 2022.


                                              _____/s/ Michael J. McShane_____
                                                     Michael McShane
                                                United States District Judge